AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manning, Blanche M | U.S. District Court, N. D. Il. | 5/12/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Court Judge – Activ | 5. ReportType (check appropriate type)  ◯ Nomination. Date  ◯ Initial ● Annual ◯ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address  219 South Dearborn Street  Chambers 2156  Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Musician | Jazz Ensembles |
| 2. | Trustee | Roosevelt University, Chicago |
| 3. | Director | John Marshall Law School, Chicago |
| 4. | Director | Chicago State University, Chicago |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 MAY 20 A 10: 2
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not Spouse's) |
| --- | --- | --- | --- |
| 1. | 2 04 | Musician | $3,865.00 |
| 2. | 2004 | Public School Teachers Retirement Plan | $11,323.32 |
| 3. | 2004 | Cook County Pension and Annuity Plan | $12,003.84 |
| 4. | 2004 | Illinois Judges Retirement Plan | $93,716.76 |
| 5. | 2004 | Cook County Pension Fund | $15,277.60 |
| 6. | 2004 | Cook County Employees Annuity & Benefit Fund | $1,000 |
| 7. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portio of the reporting year, please complete this section. Dollar amount not r quired except for honorar a.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Sheriff of Cook County |

## IV. REIMBURSEMENTS – tra sportatio , lod in , food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reporta le reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Union League Club | Reduced membership per year | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Highland Community Bank | Mortgage (realty in Cook County, Illinois) | M |
| 2. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Real estate in Cook County, IL | | None | M | R | | | | | |
| 2. Real estate in Cook County, IL | | None | L | W | | | | | |
| 3. Annuity (Prudential) | A | Interest | J | T | | | | | |
| 4. Annuity (Prudential Annuity II) | A | Interest | J | T | | | | | |
| 5. Real estate in Cook County, IL | | None | K | R | | | | | |
| 6. Annuity (Prudential Annuity II) | F | Distribution | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001- $50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In Part I, I listed two positions as a Director (for John Marshall Law School and Chicago State University).  I have held these positions for approximately ten years, but recently learned that they needed to be included in my report.  I hereby amend my prior reports to include these positions.

In Part VI, I deleted the Highland Community Bank mortgage which I previously reported as it has come to my attention that it is not reportable.  This is associated with my prior listing of real estate held in land trust in Cook County from Part VII, which has also been deleted from the 2004 report for the same reason.

However, also in Part VI, the Washington Mutual home loan reported last year is now with Highland Community Bank.  Thus, the Highland Community Bank entry for this year does not correspond to  last year's Highland Community Bank entry.

The certificate of deposit from Part VII has been deleted as it does not meet the threshold amount to be reportable.

I understand that Parts VI and VII generally need to correspond for real property.  The Cook County real estate listed in Part VII with value codes L and K is not listed in Part VI as there is no liability regarding these properties.

In Part VII, the annuity listed as Prudential Annuity II is listed twice: once for interest (received for a portion of the year) and then again for the distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5-13-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544



# United States District Court
## Northern District of Illinois

August 30, 2005

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

2005 SEP -6  A 11: 24
FINANCIAL
DISCLOSURE OFFICE
RECEIVED

    *Re:*    *Calendar Year 2004 Filing*

Dear Judge Lisi:

In response to your letter dated August 24, 2005, please accept this letter as an amendment to my financial disclosure report for the year 2004. First, in Part VII, page 1, lines 1 and 5, column C(2), I originally used value code "R" (cost) to explain my valuation of "real estate in Cook County." I would like to amend the value code to "W."

Second, in Part VII, page 1, line 5, I listed real property which was not in my 2003 report. I had an interest in this property for a portion of 2004, but did not fill out column D because the fair market value of the consideration I paid was less than $1,000. Thus, the transaction was exempt from being reported. *See* Section 102(a)(5). Because my name was on the property, however, I felt that I should include it in the list of assets.

If you need further information, please feel free to contact me. Thank you for your time and attention to this matter.

Very truly yours,



Blanche M. Manning